the plea colloquy and that Diveroli understood its full significance. The plea agreement spelled out the waiver with specificity, and the Magistrate Judge explained the waiver and its exceptions to Diveroli when he changed his plea to guilty. Diveroli affirmed that he understood the waiver, and ensured the Magistrate Judge that he intended to give up his right to appeal his sentence on all grounds except that (1) his sentence exceeded his applicable guidelines range as determined by the district court; (2) his sentence exceeded the statutory maximum penalty for his offense; (3) his sentence violated the Eighth Amendment; or (4) the government appealed his sentence. Because Diveroli's waiver was made knowingly and voluntarily, and none of his arguments regarding his sentence satisfy its exceptions, he is barred from raising these challenges on appeal.

### C. CONCLUSION

For these reasons, Diveroli's conviction and sentence is

**AFFIRMED.**

stock & Scavo, PC, Atlanta, GA, for Plaintiff–Appellant.

Paul Willard Burke, Eric R. Mull, Drew Eckl Farnham, Atlanta, GA, for Defendant–Appellee.

Before HULL, JORDAN, and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in favor of the appellee is affirmed for the reasons set forth in the ORDER of the district court dated September, 27, 2012.

**AFFIRMED.**

**PEACH CONDOMINIUM,. LLC,**
**Plaintiff–Appellant,**

v.

**SENECA INSURANCE COMPANY,**
**INC., Defendant–Appellee.**

No. 12–15561
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 12, 2013.

W. Hennen Ehrenclou, Ehrenclou & Grover LLC, Michael Weinstock, Wein-

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Steffany FRAZIER, a.k.a. Steffeny**
**Bernard Frazier, Defendant–**
**Appellant.**

No. 12–12266
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 12, 2013.